# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | 15-304-2 |
| v. | : | |
| | : | CIVIL ACTION NO. |
| DANTE HILL | : | 18-343 |

## **ORDER**

**AND NOW** this 18th day of September, 2018, for the reasons set forth in the foregoing Memorandum, the Motion of Defendant/Petitioner to Vacate or Modify his Sentence Under 28 U.S.C. § 2255 is **DENIED**.

There are no grounds for a certificate of appealability.

BY THE COURT:

*/s/ Michael M. Baylson*

MICHAEL M. BAYLSON
United States District Court Judge

O:\Criminal Cases\15cr304-2 - Hill\15cr304 Order 04022018.docx